JS-6

# United States District Court
## Central District of California

NATAN DVIR,

    Plaintiff,

v.

HOLLYWOOD UNLOCKED, INC.,

    Defendants.

Case No. 2:21-cv-07347-VAP-JEMx

**ORDER OF DISMISSAL**

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 4, 2022

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge